DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RHODA MANN,**
Appellant,

v.

**ANIMAL AID, INC.,**
Appellee.

No. 4D2023-0171

[May 22, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE18-005692.

Marcy I. LaHart of Marcy I. LaHart PA, Micanopy, for appellant.

Kevin H. Fabrikant and Patrice Paldino of Fabrikant & Associates, PLLC, Hollywood, for appellee.

PER CURIAM.

Rhoda Mann appeals the circuit court's order denying her motion for attorney's fees and request to tax costs. We affirm the orders denying attorney's fees but reverse the order as to Mann's request to tax costs.

Section 57.041(1), Florida Statutes (2022), states that "[t]he party recovering judgment shall recover all his or her legal costs and charges which shall be included in the judgment . . . ." And, "[w]here costs are sought based on section 57.041(1), a trial court has no discretion to deny the party obtaining judgment its lawful costs." *Tower Hill Signature Ins. Co. v. Kushch*, 335 So. 3d 743, 753 (Fla. 4th DCA 2022) (quoting *Roberts v. Third Palm, LLC*, 300 So. 3d 1216, 1217 (Fla. 4th DCA 2020)). Because Mann was the "party recovering judgment," the court erred when it denied her request to tax costs. On remand, the court shall tax costs in favor of Mann.

*Affirmed in part, reversed in part, and remanded.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

*     *     *

*Not final until disposition of timely filed motion for rehearing.*